IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT ALEXANDER and JAMES LEE REED, individually and on behalf of all others similarly situated | CIVIL ACTION NO. 07-4426 |
| v. | |
| WASHINGTON MUTUAL, INC.; WASHINGTON MUTUAL BANK; WASHINGTON MUTUAL BANK FSB; and WM REINSURANCE MORTGAGE REINSURANCE COMPANY | |

## ORDER

AND NOW, this 28th day of June, 2011, upon consideration of FDIC-Receiver's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1), plaintiffs' response, FDIC-Receiver's reply and the oral argument of the parties it is ORDERED that FDIC-Receiver's motion is GRANTED and plaintiffs' complaint is DISMISSED.

It is FURTHER ORDERED that FDIC-Receiver's Motion to Strike Class Allegations from the Complaint is DENIED as MOOT.

The Clerk of Court is directed to close the case.

                                                  *s/Thomas N. O'Neill, Jr.*
                                                  THOMAS N. O'NEILL, JR., J.