# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT ALEXANDER and JAMES LEE REED, individually and on behalf of all others similarly situated,<br><br>                 Plaintiffs,<br><br>        v.<br><br>WASHINGTON MUTUAL, INC., WASHINGTON MUTUAL BANK, WASHINGTON MUTUAL BANK fsb, and WM MORTGAGE REINSURANCE COMPANY,<br><br>                 Defendnts. | Civil Action No. 2:07-cv-04426-TON |

## NOTICE OF APPEARANCE

Please enter the appearance of Amanda Trask of Kessler Topaz Meltzer & Check, LLP as counsel in the above case for Plaintiffs Robert Alexander and James Lee Reed.

Dated: June 25, 2012

By: */s/ Amanda Trask*
Amanda Trask (I.D. #57973)
**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

     I hereby certify that on June 25, 2012, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court, is available for viewing and downloading from the ECF system, and will be served by operation of the Court's electronic filing system (CM/ECF) upon all counsel of record.

                                            *s/ Amanda Trask*
                                            Amanda Trask