IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT ALEXANDER and JAMES LEE REED, individually and on behalf of all others similarly situated | : : : : | CIVIL ACTION NO. 07-4426 |
| v. | : : | |
| WASHINGTON MUTUAL, INC.; WASHINGTON MUTUAL BANK; WASHINGTON MUTUAL BANK FSB; and WM REINSURANCE MORTGAGE REINSURANCE COMPANY | : : : : : | |

**ORDER AWARDING ATTORNEYS' FEES, LITIGATION COSTS, AND CASE CONTRIBUTION AWARD FOR THE REPRESENTATIVE PLAINTIFF**

This matter having come before the Court on November 27, 2012 and on application of Lead Class Counsel for an award of attorneys' fees, reimbursement of litigation costs incurred in the Action and a Case Contribution Award for the Representative Plaintiff, having considered all papers filed and proceedings conducted, having found the Settlement of this Action to be fair, reasonable and adequate and otherwise being fully informed and good cause appearing:

IT IS HEREBY ORDERED AND ADJUDGED:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Settlement Agreement ("Agreement") executed on April 6, 2012 and filed with the Court on June 4, 2012.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Class.

3. Plaintiff's Counsel are awarded attorney fees in the amount of $1,200,000.00 and

reimbursement of litigation expenses in the sum of $33,078.33, to be paid from the Settlement Fund.  The Court finds the amount of expenses awarded are appropriate and the amount of fees awarded are fair and reasonable given the substantial risks of non-recovery, the time and effort involved, and the result obtained for the Class.  No other fees, costs or expenses may be awarded to Plaintiff's Counsel in connection with the Settlement.  The Attorneys' Fees and Expenses shall be paid to Plaintiff's Counsel in accordance with the terms of the Agreement.

     4.      The Representative Plaintiff is hereby awarded $2,500 as a Case Contribution Award, as defined in the Agreement, in recognition of his contributions to this Action.

     SO ORDERED this 4th  day of December, 2012.

                                                                    *s/Thomas N. O'Neill, Jr.*
                                                                 THOMAS N. O'NEILL, JR., J.